UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

**STEPNEY CLARK**                                                      **PETITIONER**

**V.**                                   **CIVIL ACTION NO. 3:16-CV-00512-CWR-LRA**

**LEPHER JENKINS**                                        **RESPONDENT**

## ORDER ADOPTING REPORT AND RECOMMENDATION

This matter is before the Court pursuant to the Report and Recommendation of United States Magistrate Judge Linda R. Anderson entered on November 1, 2016 [Docket No. 15], which clearly notified the respective parties in the above-styled and numbered cause that failure to file written objections to the findings and recommendations contained within fourteen (14) days after being served would bar further appeal in accordance with Title 28 U.S.C. § 636 and Federal Rule Civil Procedure 72(b)(2).  This Court, finding that there has been no submission of written objections by any party, hereby adopts said Report and Recommendation as the Order of this Court.

SO **ORDERED**, this the 3rd day of January, 2017.

                                                                      s/Carlton W. Reeves
                                                                      UNITED STATES DISTRICT JUDGE